**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-7278**

———————————

MCKINLEY DAVID LITTLEJOHN,

Plaintiff - Appellant,

versus

LARRY MOODY, Safety Manager; MIKE GIBBS,
Electric Foreman; CHUCK LLOYD, Counselor,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior
District Judge.  (CA-04-330-2)

———————————

Submitted:  November 17, 2005      Decided:  November 29, 2005

———————————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

McKinley David Littlejohn, Appellant Pro Se.  Anita K. Henry,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

McKinley Littlejohn, a federal inmate, appeals a district court order dismissing his complaint alleging that three prison officials were deliberately indifferent to his health and safety. We have reviewed the record and the district court order and find Littlejohn failed to state a claim of deliberate indifference. See Farmer v. Brennan, 511 U.S. 825, 837 (1994). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED